THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bernard Wilson Appellant.
 
 
 

Appeal From Colleton County
 A. Victor Rawl, Circuit Court Judge
Unpublished Opinion No. 2007-UP-184
Submitted April 2, 2007  Filed April 19, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Randolph Murdaugh, III, for Respondent.
 
 
 

PER CURIAM:  Bernard Wilson appeals his guilty plea to drawing and uttering a fraudulent check in excess of $1,000.    Wilson argues the trial judge failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), in accepting his plea.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Wilsons appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, KITTREDGE, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.